**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| TINA PEREZ; CONNIE GARCIA; ODISY JANAS, a minor, by and through her Guardian Ad Litem, Roseanne Cortez; AIDEN GAIGE RAMIREZ, a minor, by and through his Guardian Ad Litem, Roberta Cooke,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JAMES A. YATES, WARDEN, PLEASANT VALLEY STATE PRISON; MATTHEW CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:10-CV-01094-AWI-SKO<br><br><br><br><br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that the Scheduling Conference currently scheduled for August 24, 2010, be continued for 90 days, and as is convenient to the court's calendar.

On August 4, 2010, counsel for Plaintiffs and Defendants participated in a telephonic conference. During the course of that conference, it was agreed that the parties would stipulate to a continuance of the Mandatory Scheduling Conference. The reason for the Stipulation is that Rule

26 disclosures are just beginning. Counsel for defendant only recently received the incident reports and records pertinent to this case. These records are voluminous as this incident involves a riot with over 100 inmates. Neither party has had sufficient time to review the facts of this case. Counsel for plaintiffs and defendants have agreed to a protective order allowing the plaintiffs to obtain a copy of the incident reports and records pertinent to this case and review those records.

Counsel for the parties believe that they would be unable to have a discovery plan by the Mandatory Scheduling Conference and hereby request a continuance of 90 days.

DATED: August 10, 2010.		NUTTALL & COLEMAN

					/s/ MARK W. COLEMAN

					_____
					MARK W. COLEMAN
					Attorneys for Plaintiffs

DATED: August 10, 2010.		U.S. ATTORNEY GENERAL'S OFFICE

					/s/ MICHELLE ANGUS
					_____
					MICHELLE LEE ANGUS
					Attorneys for Defendants

## **O R D E R**

**IT IS HEREBY ORDERED** that:

1. The Scheduling Conference currently scheduled for August 24, 2010, is VACATED;
2. The Scheduling Conference is RESET to November 23, 2010, at 9:30 a.m.

Dated:  **August 11, 2010**			 /s/ Sheila K. Oberto
					UNITED STATES MAGISTRATE JUDGE

2