1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| TINA PEREZ; CONNIE GARCIA; ODISY JANAS, a minor, by and through her Guardian Ad Litem, Roseanne Cortez; AIDEN GAIGE RAMIREZ, a minor, by and through his Guardian Ad Litem, Roberta Cooke,<br><br>   Plaintiffs,<br><br>   vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JAMES A. YATES, WARDEN, PLEASANT VALLEY STATE PRISON; MATTHEW CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.: 1:10-CV-01094-AWI-SKO<br><br><br><br><br><br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that the Scheduling Conference currently scheduled for November 23, 2010, be continued to January 13, 2011.

On November 19, 2010, counsel for Plaintiffs and Defendants agreed that the parties would stipulate to a continuance of the Mandatory Scheduling Conference. The reason for the Stipulation is that Rule 26 disclosures are continuing. Additionally, counsel for Plaintiffs has been involved in

1 various other pressing matters, including, but not limited to, preparation for a two-week trial in the
2 case of <u>People v. David Hamilton</u>, in Kings County, which settled on the first day of trial. Counsel
3 for Plaintiffs has been unable to fully review the reports and records provided by counsel for
4 Defendants on September 22, 2010. These records are voluminous as this incident involves a riot
5 with more than 100 inmates. Upon finalizing the review, counsel for Plaintiffs learned that video
6 tapes of the incident had not been received. Defendants counsel is providing additional documents
7 and video tapes by overnight mail.

8 Counsel for the parties believe that they would be unable to have a discovery plan by the
9 Mandatory Scheduling Conference and hereby request a continuance.

10 DATED: November 19, 2010.    NUTTALL & COLEMAN

11 /s/ MARK W. COLEMAN

12 _____
MARK W. COLEMAN
13 Attorneys for Plaintiffs

14
DATED: November 19, 2010.    U.S. ATTORNEY GENERAL'S OFFICE
15

16 /s/ MICHELLE ANGUS

17 _____
MICHELLE LEE ANGUS
Attorneys for Defendants
18

19 **O R D E R**

20 This is the second continuance of the scheduling conference that the parties have sought.
21 On August 10, 2010, the parties requested that the scheduling conference be continued from August
22 24, 2010, to November 23, 2010. That request was granted. On November 19, 2010, the parties
23 again requested to continue the scheduling conference from November 23, 2010, to January 13,
24 2011.

25 The parties continue to cite the fact that this case involves voluminous records related to an
26 inmate prison riot and, therefore, they need additional time to prepare an appropriate discovery plan.
27 The parties also point to counsel for Plaintiffs' workload considerations as cause to continue the
28 scheduling conference.

1  A party's counsel's workload is not good cause to continue the scheduling conference.
2 Moreover, the Court notes that this action was filed on June 16, 2010, and by January 13, 2011, it
3 will be nearly seven months before a schedule is even entered.  Unless truly good cause is set forth
4 with supporting declarations or affidavits, the parties are informed that this is the **final** request for
5 a continuance of the scheduling conference that will be granted.
6  Accordingly, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference
7 currently scheduled for November 23, 2010, be continued to January 13, 2011, at 10:00 a.m. in
8 Courtroom 8 before Magistrate Judge Sheila K. Oberto.

10 IT IS SO ORDERED.

12 **Dated:   November 19, 2010**                    /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE