# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TINA PEREZ, et.al., | CASE NO. 1:10-cv-01094 AWI SKO |
|     Plaintiff, | |
|   v. | **ORDER TO FILE JOINT SCHEDULING REPORT OR SHOW CAUSE** |
| STATE OF CALIFORNIA, et.al., | |
|     Defendants. | |

On 6/17/2010, the Court issued an Order Setting Mandatory Scheduling Conference ("Order"). The Order explicitly instructed the parties as to the preparation of a Joint Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

The scheduling conference is set for 2/1/2011. The parties have failed to timely file their Joint Scheduling Report. Accordingly, it is ORDERED that, **no later than 1/27/2011**, the parties shall file their Joint Scheduling Report or show cause why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

IT IS SO ORDERED.

Dated:  January 26, 2011            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE