# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ, et al., | CASE NO. 1:10-cv-01094-AWI-SKO |
| Plaintiffs, | **ORDER DENYING STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| STATE OF CALIFORNIA, et al., | (Docket No. 17) |
| Defendants. | |

On September 8, 2011, the parties filed a request to modify the scheduling order to allow for additional time to complete discovery due to a death in Plaintiff's counsel's family. The parties request the following changes:

| | Deadline | Current Deadline | Proposed Deadline |
|---|---|---|---|
| 1. | Non-Expert Discovery | September 16, 2011 | November 15, 2011 |
| 2. | Expert Disclosure | September 19, 2011 | November 18, 2011 |
| 3. | Supp. Exp. Discl. | October 3, 2011 | December 2, 2011 |
| 4. | Exp. Discovery | November 7, 2011 | January 6, 2012 |
| 5. | Non-Disp. Filing Deadline | November 14, 2011 | January 13, 2012 |
| 6. | Disp. Mot. Filing Deadline | January 3, 2012 | March 3, 2012 |

1  The parties do not request a change to the date of the pretrial conference of March 28, 2012, and the
2  trial date of May 22, 2012.
3       The proposed deadlines do not leave the Court with time to hear any pretrial motions prior
4  to the pre-trial conference. For example, if the dispositive motion filing deadline is extended to
5  March 3, 2012, as the parties request, the earliest date a motion could be heard would be April 2,
6  2012 – which falls *after* the pre-trial conference currently scheduled for March 28, 2012. Therefore,
7  the proposed schedule cannot be accommodated by the Court unless the pretrial conference and trial
8  date are also extended.
9       The Court is willing to accommodate the parties' request for a modified schedule, but cannot
10 adopt the dates proposed in the stipulation. If the parties wish to refile their request for an extension
11 of the schedule, they should propose dates that maintain at least 6 weeks between the hearing date
12 on any dispositive motion and the pretrial conference as well as at least 6 weeks between the date
13 of the pretrial conference and the date of the trial.
14      Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request for a
15 modification to the schedule is denied without prejudice.

17 IT IS SO ORDERED.
18 **Dated:   September 9, 2011**                /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE