# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ, et al., | CASE NO. 1:10-cv-01094-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| STATE OF CALIFORNIA, et al., | (Docket No. 20) |
| Defendants. | |

On September 19, 2011, the parties filed an amended request to modify the scheduling order seeking additional time to complete discovery due to a death in Plaintiff's counsel's family. The parties request the following changes:

| | **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|---|
| 1. | **Non-Expert Discovery** | **September 16, 2011** | **November 15, 2011** |
| 2. | **Expert Disclosure** | **September 19, 2011** | **November 18, 2011** |
| 3. | **Supp. Exp. Discl.** | **October 3, 2011** | **December 2, 2011** |
| 4. | **Exp. Discovery** | **November 7, 2011** | **January 6, 2012** |
| 5. | **Non-Disp. Filing Deadline** | **November 14, 2011** | **January 13, 2012** |
| 6. | **Disp. Mot. Filing Deadline** | **January 3, 2012** | **March 3, 2012** |

| | | | |
|---|---|---|---|
| 7. | Settlement Conference | October 18, 2011 | March 1, 2012 |

The parties also request that the Court assign modified dates for the Pre-Trial Conference and the Trial that are "convenient with the court's calendar." (Doc. 19, 2:4-5.)

As the parties have shown good cause for a modification to the schedule, it is extended as follows:

| | | |
|---|---|---|
| 1. | **Non-Expert Discovery** | **November 15, 2011** |
| 2. | **Expert Disclosure** | **November 18, 2011** |
| 3. | **Supp. Expert Disclosure** | **December 2, 2011** |
| 4. | **Expert Discovery** | **January 6, 2012** |
| 5. | **Non-Dispositive Mot. Filing** | **January 13, 2012** |
| 6. | **Non-Dispositive Mot. Hearing** | **February 15, 2012** |
| 7. | **Settlement Conference** | **March 1, 2012** |
| 8. | **Dispositive Mot. Filing** | **March 5, 2012** |
| 9. | **Dispositive Mot. Hearing** | **April 16, 2012** |
| 10. | **Pre-Trial Conference** | **June 6, 2012** |
| 11. | **Trial** | **July 30, 2012** |

IT IS SO ORDERED.

**Dated:**   September 20, 2011              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE