# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ, et al., | CASE NO. 1:10-cv-01094-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| STATE OF CALIFORNIA, et al., | (Docket No. 25) |
| Defendants. | |

On December 19, 2011, the parties filed a request to modify the scheduling order seeking additional time to complete discovery due to the inability to complete the deposition of a witness who is currently on extended medical leave. The parties request the following changes:

| | **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|---|
| 1. | **Non-Expert Discovery** | November 15, 2011 | February 15, 2011 |
| 2. | **Expert Disclosure** | November 18, 2011 | February 18, 2011 |
| 3. | **Supp. Exp. Discl.** | December 2, 2011 | March 2, 2012 |
| 4. | **Exp. Discovery** | January 6, 2012 | April 5, 2012 |
| 5. | **Non-Disp. Filing Deadline** | January 13, 2012 | April 12, 2012 |
| 6. | **Disp. Mot. Filing Deadline** | March 3, 2012 | June 3, 2012 |

The parties also request that the Court assign modified dates for the Pre-Trial Conference and the Trial that are "convenient with the court's calendar."  (Doc. 25, 2:4-5.)

The parties' schedule is modified as follows:

| | | |
|---|---|---|
| **1.** | **Non-Expert Discovery** | **February 15, 2012** |
| **2.** | **Expert Disclosure** | **February 18, 2012** |
| **3.** | **Settlement Conference** | **March 1, 2012** |
| **4.** | **Supp. Expert Disclosure** | **March 2, 2012** |
| **5.** | **Expert Discovery** | **April 5, 2012** |
| **6.** | **Non-Dispositive Filing** | **April 12, 2012** |
| **7.** | **Non-Dispositive Hearing** | **May 23, 2012** |
| **8.** | **Dispositive Mot. Filing** | **June 4, 2012** |
| **9.** | **Dispositive Mot. Hearing** | **July 16, 2012** |
| **10.** | **Pre-Trial Conference** | **September 6, 2012** |
| **11.** | **Trial** | **October 30, 2012** |

IT IS SO ORDERED.

**Dated:   December 21, 2011**                             /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE