# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ, et al., | CASE NO. 1:10-cv-01094-AWI-SKO |
| | **ORDER GRANTING A CONTINUANCE OF THE SETTLEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| STATE OF CALIFORNIA, et al., | (Docket No. 36) |
| Defendants. | |
| _____/ | |

On April 12, 2012, the parties filed a stipulated request that the settlement currently set for April 18, 2012, be continued for at least 14 days.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request is GRANTED and the settlement conference shall be continued to **May 22, 2012**, at **9:30 a.m.**

IT IS SO ORDERED.

**Dated:    April 12, 2012**              _____/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE