1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  DAVID E. BRICE, State Bar No. 269443
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-8010
6    Fax: (916) 324-5205
     E-mail: David.Brice@doj.ca.gov
7  *Attorneys for Defendants*
   *State of California, Cate and Yates*
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          FRESNO DIVISION

12

| | |
|---|---|
| 13 **TINA PEREZ; CONNIE GARCIA; ODISY JANAS**, a minor, by and through her Guardian Ad Litem, Roseanne Cortez; **AIDEN GAIGE RAMIREZ**, a minor, by and through his Guardian Ad Litem, **Roberta Cooke**, | 1:10-cv-01094-AWI-SKO  **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| v. | |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JAMES A. YATES, WARDEN, PLEASANT VALLEY STATE PRISON; MATTHEW CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 100, inclusive,** | |
| Defendants. | |

26  ///

27  ///

28
                                    1

1   IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above
2   entitled action shall be dismissed with prejudice.  All parties shall bear their own costs.

4   Dated:  June  1, 2012  By: ___/s/ MARK W. COLEMAN_____
5                                              MARK COLEMAN
                                               Attorney for Plaintiffs

7   Dated:  June  1, 2012  By: ___/S/ DAVID E. BRICE_____
8                                              DAVID E. BRICE
                                               Deputy Attorney General
9                                              Attorney for Defendants

12                                     ORDER

16  IT IS SO ORDERED.
17  Dated:   June 4, 2012           _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

2